ACCEPTED
03-13-00599-CV
4860993
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/13/2015 11:58:36 AM
JEFFREY D. KYLE
CLERK

**No. 03-13-00599-CV**

**In the
COURT OF APPEALS
for the
THIRD DISTRICT OF TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/13/2015 11:58:36 AM
JEFFREY D. KYLE
Clerk

**Horse Hollow Generation Tie LLC,**

*Appellant*,

**v.**

**Whitworth-Kinsey #2, Ltd.,
Whitworth-Kinsey #3, Ltd., and David Olen Whitworth,**

*Appellees.*

**Appeal from the 119th District Court
Concho County, Texas**
*Honorable Garland B. Woodward, Judge Presiding*

**APPELLANT'S AMENDED MOTION TO
RESCHEDULE ORAL ARGUMENT**

TO THE HONORABLE COURT OF APPEALS:

Horse Hollow Generation Tie LLC ("HHGT") respectfully files this amended motion seeking to re-schedule oral argument in the above cause and (currently set for May 6, 2015) to a date sometime after May 17, 2015. This amended motion is filed so as to reflect the fact that Appellant has conferred with all counsel for Appellees regarding this motion and to further state that the relief

**APPELLANT'S AMENDED MOTION TO RESCHEDULE ORAL ARGUMENT     Page 1**
01827-907/4849-5441-9747

sought is unopposed. In support of this amended motion, HHGT would show the Court as follows.

1. This amended motion is filed in accordance with Texas Rule of Appellate Procedure 10.5(c). The facts stated herein are within the personal knowledge of the undersigned attorney and therefore need not be supported by affidavit. *See* Tex. R. App. P. 10.2.

2. Appellant is Horse Hollow Generation Tie LLC. Jeff Tillotson is lead counsel for Appellant.

3. Appellees are Whitworth-Kinsey #2, Ltd. ("#2"), Whitworth-Kinsey #3, Ltd. ("#3") and David Olen Whitworth ("Whitworth"). Appellees are represented by Matthew Wymer of the law firm Bernie, Maynard & Parson, LLP and Laird Palmer (who represents #2 and Whitworth).

4. On February 27. 2105, the Court set this matter for oral argument on April 9, 2015.

5. On March 5, 3015, Appellees filed its Unopposed Motion for Continuance of Submission and Oral Argument. The request – which Appellant did not oppose – was due to a conflict on the part of Appellees' counsel (a trial was set during that week).

6. On March 6, 2015, the Court granted the request.

7. On March 24, 2015, the Court reset the matter for oral argument on **May 6, 2015**.

8. Unfortunately, the new date now conflicts with a long-scheduled personal trip for Lead Counsel for Appellant (Mr. Tillotson) and his spouse. The trip was booked last year and is for the period of May 4 through May 17, 2015. The trip involves travel to China and is prepaid and non-refundable.

9. Lead Counsel spent some time consulting with his client as to whether other lawyers within his firm could present the oral argument. After due consideration, the client has requested that Mr. Tillotson handle the argument given his long time involvement on this matter (Mr. Tillotson tried the underlying case now on appeal and is responsible for the appellate briefing).

10. In deference to his client's request, Mr. Tillotson now respectfully asks the Court to reset the oral argument for a date after May 17, 2015.

11. The undersigned realizes that this is a second request for re-scheduling (although it is the first such request by Appellant) but submits that such a rescheduling is in the interest of justice and will no doubt promote domestic harmony.

12. The Court has authority to postpone oral argument in this case upon a showing of sufficient cause. *See* Tex. R. App. P. 10.5(c). The undersigned believes that good cause has been demonstrated.

13.     In addition, counsel for Appellant has now conferred with all opposing counsel (both Mr. Wymer and Mr. Palmer).  Both have stated that they do not oppose this request.

## PRAYER

Appellant hereby request that the Court re-schedule the oral argument and submission of this case to a date after May 17, 2015.

Dated:  April 13, 2015

Respectfully submitted,

**Jeffrey M. Tillotson, PC**
  State Bar No. 20039200
**Christopher J. Schwegmann**
  State Bar No. 24051315
**David S. Coale**
  State Bar No. 00787255
**Lynn Tillotson Pinker & Cox, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas  75201
214-981-3800 - Telephone
214-981-3839 – Facsimile

*Attorneys for Cross-Appellee/Appellant*

## CERTIFICATE OF CONFERENCE

The undersigned counsel certifies that on April 7, 2015, I personally conferred with Matthew F. Wymer, counsel for Appellee Whitworth-Kinsey #3, Ltd., and that Mr. Wymer did not oppose the relief sought by this motion. On April 11, 2015, I communicated with Mr. Laird Palmer (who represents Appellees Whitworth-Kinsey #2, Ltd. and David Olen Whitworth), and he also stated that he does not oppose the relief sought in this motion.

_____
Jeffrey M. Tillotson, P.C.

## CERTIFICATE OF SERVICE

The undersigned certified that on April 13, 2015, the foregoing Amended Motion to Reschedule Oral Argument was electronically filed with the Clerk for the Third Court of Appeals. A copy was also served by email upon the following:

Laird Palmer
Law Offices of Laird Palmer
341 Ft. McKavitt
P.O. Box 860
Mason, Texas 76856
325-347-6350 – Telephone
325-347-6334 – Facsimile
Email: Lplaw@tstar.net

Matthew F. Wymer
Beirne, Maynard & Parsons
112 East Pecan Street, Suite 2750
San Antonio, Texas 78205
210-582-0220 – Telephone
210-582-0231 – Facsimile
Email: mwymer@bmpllp.com

_____
Jeffrey M. Tillotson, P.C.